J. P. DUFFY COMPANY, Respondent, v. STAPLETON NATIONAL BANK, Appellant, Impleaded with Others.

*Duffy Co.* v. *Stapleton Nat. Bank*, 173 App. Div. —, appeal dismissed.

(Submitted June 12, 1916; decided June 16, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered April 3, 1916, affirming a judgment of Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the ground that there are no exceptions in the case which survive the unanimous affirmance by the Appellate Division.

*Jeremiah J. Coughlan* for motion.

*Frank M. Avery* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.